```
1  LEGAL SERVICES OF NORTHERN CALIFORNIA
   DAPHNE L. MACKLIN, SBN #117189
2  W.H. WHITAKER, SBN #145560
   190 Reamer Street
3  Auburn, CA 95603
   Telephone: (530) 823-7560
4  Facsimile: (530) 823-7601

5  Attorneys for Plaintiff,
   DEBRA S. BRIGHAM
6
7
8              IN THE UNITED STATES DISTRICT COURT
9             FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11 DEBRA S. BRIGHAM,            )    CASE NO.  2:09-CV-02770-GGH
                                )
12      Plaintiff,               )    STIPULATION AND ORDER FOR
                                )    EXTENSION OF TIME
13 vs.                          )
                                )
14 MICHAEL S. ASTRUE, Commissioner )
   of the Social Security Administration, )
15                              )
        Defendant.              )
16                              )
```

17    The parties hereby stipulate by counsel, with the Court's approval as indicated by

18 issuance of the attached Order, that Plaintiff shall have an extension of time of thirty (30) days to

19 file Plaintiff's Opening Brief in Motion for Summary Judgment.  Due to several previously

20 scheduled hearings and extensive case load, counsel for Plaintiff needs additional time to respond

21 to Defendant's Motion.  The current due date is October 15, 2010.  The new due date is

22 November 15, 2010.

23    The parties further stipulate that the Court's Scheduling Order shall be modified

24 accordingly.

25                    Respectfully submitted,

26 Dated:   September 22, 2010

27              /s/ Daphne L. Macklin
              DAPHNE L. MACKLIN
28            Attorney for Plaintiff

---

1
Stipulation and Order for Extension of Time

```
                      BENJAMIN B. WAGNER
                      United States Attorney

Dated: September 22, 2010      /s/ Brenda M. Pullin
                      (As authorized via email)
                      BRENDA M. PULLIN
                      Special Assistant U.S. Attorney

                      Attorneys for Defendant
```

**ORDER**

APPROVED AND SO ORDERED.

Dated: September 28, 2010      /s/ Gregory G. Hollows

                      GREGORY G. HOLLOWS
                      United States Magistrate Judge

brigham.eot