1  LEGAL SERVICES OF NORTHERN CALIFORNIA
   DAPHNE L. MACKLIN, SBN #117189
2  190 Reamer Street
   Auburn, CA 95603
3  Telephone: (530) 823-7560
   Facsimile: (530) 823-7601
4  dmacklin@lsnc.net

5  Attorneys for Plaintiff,
   DEBRA S. BRIGHAM
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 DEBRA S. BRIGHAM,            )   CASE NO.  2:09-CV-02770-GGH
                                )
12      Plaintiff,               )   **STIPULATION AND ORDER FOR**
                                )   **EXTENSION OF TIME**
13 vs.                           )
                                )
14 MICHAEL S. ASTRUE, Commissioner )
   of the Social Security Administration, )
15                              )
        Defendant.               )
16                              )

17      The parties hereby stipulate by counsel, with the Court's approval as indicated by

18 issuance of the attached Order, that Plaintiff shall have an extension of time of two (2) days to

19 file Plaintiff's Opening Brief in Motion for Summary Judgment.  Due to extensive computer

20 breakdowns, counsel for Plaintiff needs additional time to file the Opening Brief.  The current

21 due date is November 15, 2010.  The new due date is November 17, 2010.

22      The parties further stipulate that the Court's Scheduling Order shall be modified

23 accordingly.

24                           Respectfully submitted,

25 Dated:   November 15, 2010

26                            */s/ Daphne L. Macklin*
                              DAPHNE L. MACKLIN
27                            Attorney for Plaintiff

28

---

1
Stipulation and Order for Extension of Time

|   |   |
|---|---|
| 1 | BENJAMIN B. WAGNER |
| 2 | United States Attorney |
| 3 | Dated: November 15, 2010    /s/ Brenda M. Pullin |
|   | (As authorized via email) |
| 4 | BRENDA M. PULLIN |
|   | Special Assistant U.S. Attorney |

Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  November 17, 2010

/s/ Gregory G. Hollows
GREGORY G. HOLLOWS
United States Magistrate Judge

brigham.eot2