LEGAL SERVICES OF NORTHERN CALIFORNIA
DAPHNE L. MACKLIN, SBN #117189
dmacklin@lsnc.net
190 Reamer Street
Auburn, CA 95603
Telephone: (530) 217-4029
Facsimile: (530) 823-7601

Attorneys for Plaintiff,
DEBRA S. BRIGHAM

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DEBRA S. BRIGHAM, | ) | CASE NO. 2:09-CV-02770-GGH |
| Plaintiff, | ) | **STIPULATION AND ORDER FOR EXTENSION OF TIME** |
| vs. | ) | |
| MICHAEL S. ASTRUE, Commissioner of the Social Security Administration, | ) | |
| Defendant. | ) | |

The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have an extension of time of four (4) days to file Plaintiff's Reply Brief. Due to extensive computer breakdowns and unexpected time off for oral surgery, counsel for Plaintiff needs this additional time to file its Reply Brief. The current due date is January 3, 2011. The new due date is January 7, 2011.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated:   January 4, 2011.

 /s/ Daphne L. Macklin<br>
DAPHNE L. MACKLIN<br>
Attorney for Plaintiff

BENJAMIN B. WAGNER
United States Attorney

Dated: January 4, 2011.       /s/ Brenda M. Pullin
                              (As authorized via email)
                              BRENDA M. PULLIN
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant


## ORDER

APPROVED AND SO ORDERED.

Dated: January 6, 2011
                              /s/ Gregory G. Hollows

                              GREGORY G. HOLLOWS
                              United States Magistrate Judge

brigham.eot3