IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEBRA S. BRIGHAM,

      Plaintiff,                                  CIV S-09-2770 GGH

      vs.

MICHAEL J. ASTRUE,                          <u>ORDER</u>
Commissioner of Social Security,

      Defendant.
_____/

        It has come to the court's attention that certain administrative transcripts submitted by the Commissioner in Social Security cases no longer include a table of contents for the medical records section. Henceforth, the scheduling order in all Social Security cases shall make a table of contents mandatory. For cases already proceeding under a previously issued scheduling order, the Commissioner is directed to provide a table of contents for the medical records such as it has submitted previously.

\\\\\

\\\\\

\\\\\

\\\\\

1

1  Accordingly, IT IS ORDERED that: within twenty-eight days of this order, the
2  Commissioner shall file a table of contents for the medical records, by source, in the above-
3  captioned case.
4  Dated: March 10, 2011

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

6  brigham.trsn